UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROMILIO LOPEZ-BARRIOS,<br><br>　　　　　　Defendant. | Case No.:　18cr3438 JM<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION/ TRIAL SETTING HEARING** |

Upon joint motion of the parties (Doc. No. 14, erroneously entitled Joint Motion to Continue Sentencing), and GOOD CAUSE appearing, IT IS HEREBY ORDERED, that defendant's Motion/Trial Setting hearing, currently scheduled on September 14, 2018, is hereby continued to *October 5, 2018 at 11:00 a.m.*

**IT IS SO ORDERED.**

Dated: September 13, 2018

JEFFERY T. MILLER
UNITED STATES DISTRICT JUDGE

1　　　　　　　　　**18cr3438** JM
ORDER